IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAMUEL J. GROOMS     PLAINTIFF

VS.     CAUSE NO. 1:17-CV-00191-SA-DAS

DOLGENCORP, LLC,
d/b/a DOLLAR GENERAL     DEFENDANT

### AGREED ORDER DISPOSING OF
### DEFENDANT'S MOTION TO COMPEL ARBITRATION

The Court has been informed that the parties have reached an agreement with respect to Defendant's pending Motion to Compel Arbitration [Docket 10]. In accordance with that agreement, it is hereby ORDERED:

1. Plaintiff hereby waives and withdraws his jury demand, and stipulates that this case may be tried by Chief District Judge Aycock; and

2. Defendant's Motion to Compel Arbitration is withdrawn.

ORDERED, this the 13th day of March, 2018.

                         /s/ Sharion Aycock
                         UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ JIM WAIDE*
JIM WAIDE, ESQ.,
ATTORNEY FOR PLAINTIFF

*/s/ Courtney Leyes*
COURTNEY LEYES, ESQ.,
ATTORNEY FOR DEFENDANT